UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAY 12 2006 ★

BROOKLYN OFFICE

FRANTZ OLIVIER,

    Plaintiff,

-against-

UNITED STATES GOVERNMENT,

    Defendant.

------------------------------------------------------------X

**CIVIL JUDGMENT**

05-CV-5970 (ERK)

Pursuant to the Order issued by the undersigned on 5/10/06 dismissing the action, it is

**ORDERED, ADJUDGED AND DECREED**: That the action is hereby dismissed. Fed. R. Civ. P. 12(h)(3). The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from the Court's order would not be taken in good faith and therefore *in forma pauperis* status is denied for the purpose of any appeal.

Dated:
    Brooklyn, New York
    5/10/06

s/Edward R. Korman
Edward R. Korman
United States District Judge

THIS DOCUMENT WAS ENTERED ON THE DOCKET ON _____.